# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ROBERT MOORE,** ) | |
| ) | **Civil Action Number:** |
| **Plaintiff,** ) | **1:11-cv-00395-CAP** |
| ) | |
| ) | **FLSA Action** |
| **v.** ) | |
| ) | **Jury Trial Demanded** |
| **DEPENDABLE AUTO SHIPPERS,** ) | |
| **INC., a Texas For-Profit Corporation,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER GRANTING JOINT MOTION FOR
## ORDER APPROVING SETTLEMENT

Upon review of the Parties' Joint Motion for Order Approving Settlement, and for good cause shown, the Court hereby finds as follows: (1) there is no evidence of fraud or collusion behind the Parties' settlement of the Plaintiff's claims; and (2) based on the complexity, expense, and likely duration of the litigation, the stage of the proceedings and the amount of discovery completed, the possibility of the Plaintiff's success on the merits, the range of possible recovery, and the opinions of counsel, the Parties' settlement is fair, just and reasonable under the circumstances.

WHEREFORE, the Court GRANTS the Parties' Joint Motion for Order Approving Settlement and Orders the Plaintiff's claim against Defendant dismissed with prejudice.

DONE and ORDERED in the Chambers of the United States District Courthouse for the Northern District of Georgia this 10th day of July, 2012.

/s/ Charles A. Pannell, Jr.
_____
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE